AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JOSHUA AMES CARTRETTE<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:25-MJ-00162 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSHUA AMES CARTRETTE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), Assaulting a Federal Officer, Class A Misdemeanor

Date: 6/15/2025

*Issuing officer's signature*

City and state: Portland, OR

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/16/25, and the person was arrested on *(date)* 6/16/25
at *(city and state)* Portland, OR.

Date: 6/16/25

*Arresting officer's signature*

SA Braverman, Benjamin
*Printed name and title*